In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00491-CV**
_____

**IN RE JESUS MENDES-NUNEZ**

**Original Proceeding**
**457th District Court of Montgomery County, Texas**
**Trial Cause No. 25-03-04208**

## MEMORANDUM OPINION

Before we issued an opinion in this matter, Relator Jesus Mendes-Nunez filed a motion to dismiss Relator's original proceeding seeking a writ of mandamus. We grant the motion and dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on January 7, 2026
Opinion Delivered January 8, 2026

Before Golemon, C.J., Johnson and Chambers, JJ.

1